UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STARK & STARK PC
Timothy P. Duggan, Esquire
100 American Metro Blvd.
Hamilton, NJ 08619
T: 609-895-7353

Attorneys for BPT 50S Funding LLC

In Re:

50 Sussex Redevelopment Urban Renewal LLC

Case No.: 26-17635 MBK

Chapter: 11

Adv. No.: 26-01323 MBK

Hearing Date: ____________________

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, Timothy P. Duggan, Esquire - Star :

☒ represent BPT 50S Funding LLC in this matter.

☐ am the secretary/paralegal for ____________________________, who represents ________________________________ in this matter.

☐ am the ________________________ in this case and am representing myself.

2. On August 14, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Notice of Motion of Defendants to Dismiss Complaint
Certification of Aaron Krawitz in Support of Motion to Dismiss Complaint
Memorandum of Law
Proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 18, 2026

/s/ Timothy P. Duggan
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Anthony Ciardi, III, Esquire<br>Ciardi Ciardi & Astin<br>1905 Spruce Street<br>Philadelphia, PA 19103 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of US Trustee<br>One Newark Center - Ste 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ______________________<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*