**COLE SCHOTZ P.C.**
Michael D. Sirota
David M. Bass
Andreas D. Milliaressis
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
dbass@coleschotz.com
amilliaressis@coleschotz.com

*Counsel for Defendants BPT 50S Funding LLC and Bravo Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>50 SUSSEX REDEVELOPMENT URBAN RENEWAL LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17635 (MBK) |
| 50 SUSSEX REDEVELOPMENT URBAN RENEWAL LLC,<br>Plaintiff,<br><br>v.<br><br>BRAVO CAPITAL LLC AND BPT 50S FUNDING LLC,<br>Defendants. | Adv. Proc. No. 26-01323 (MBK) |

**NOTICE OF SUBSTITUTION OF ATTORNEY**

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Michael D. Sirota, Esq. will be substituted as attorney of record for defendants, BPT 50S Funding LLC and Bravo Capital LLC, in the above-referenced adversary proceeding.

Dated: August 25, 2026

*/s/ Timothy P. Duggan*

**STARK & STARK, P.C.**
Timothy P. Duggan
100 American Metro Boulevard
Hamilton, NJ 08619
T:(609) 896-9060

-and-

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn (admitted *pro hac vice*)
Tian "Skye" Gao (admitted *pro hac vice*)
Peter C. Charnell (admitted *pro hac vice*)
Karra A. Puccia (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Fl.
New York, New York 10036
T: (212) 970-1600

*Former Attorneys for Defendants*

Dated: August 25, 2026

*/s/ Michael D. Sirota*

**COLE SCHOTZ P.C.**
Michael D. Sirota
David M. Bass
Andreas D. Milliaressis
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email: msirota@coleschotz.com
dbass@coleschotz.com
amilliaressis@coleschotz.com

*Substituted Attorneys for Defendants*